Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−11167−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         3/13/19
Time:        10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 22, 2019
JAN: gan

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 19-11167-KCF
Susan Callari                                                     Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                  Page 1 of 2          Date Rcvd: Jan 22, 2019
                             Form ID: 132                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db             +Susan Callari,    86 Heights Terrace,    Middletown, NJ 07748-3423
517976841      +American Express,    200 Vesey Street,    New York, NY 10285-0002
517976845      +Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
517976852      +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517976853      +PNC Bank/HELOC,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517976855      +Santander Bank,    P.O. Box 841002,    Boston, MA 02284-1002
517976857      +Talbots,   175 Beal St,    Hingham, MA 02043-1512
517976858      +US Dept of Education/GLELSI,    Fedloan Servicing,    P.O. Box 530210,    Atlanta, GA 30353-0210
517976861      +Wells Fargo Card Services,    P.O. Box 9210,    Des Moines, IA 50306-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 00:02:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 00:02:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517976842      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:15      Banana Republic,
                 P.O. Box 965004,   Orlando, FL 32896-5004
517976843      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 00:10:59       Capital One,
                 Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
517976844      +E-mail/Text: bankruptcy@cavps.com Jan 23 2019 00:03:06       Cavalry,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
517976846      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:15      Gap,    Synchrony Bank,
                 P.O. Box 965004,   Orlando, FL 32896-5004
517976847      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2019 00:02:34       J. Crew,
                 Comenity Bank Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
517976848      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:34      Lowe's,    Synchrony Bank,
                 Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
517976849      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 00:02:50       Midland Funding,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517976850      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:15      Old Navy,    Synchrony Bank,
                 P.O. Box 965036,   Orlando, FL 32896-5036
517976851      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:35      Paypal/Synchrony Bank,
                 Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517976854      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2019 00:02:34       Pottery Barn,
                 Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
517976856      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:34      Synchrony Bank,    Bankruptcy Dept,
                 P.O. Box 965060,   Orlando, FL 32896-5060
517978017      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:34      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517976859      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2019 00:02:34       Victoria's Secret,
                 Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
517976860      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:34      Walmart,    Synchrony Bank,
                 P.O. Box 965024,   Orlando, FL 32896-5024
517976840      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 00:10:15      amazon.com,    Synchrony Bank,
                 P.O. Box 965004,   Orlando, FL 32896-5004
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 22, 2019
                              Form ID: 132             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Steven J. Abelson    on behalf of Debtor Susan  Callari sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 3
```