UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SUSAN CALLARI

Case No.: 19-11167

Adv. No.:

Hearing Date: 7/23/19

Judge: Hon. MICHAEL B. KAPLAN

## ORDER MODIFYING PROOF OF CLAIM BY
## SANTANDER CONSUMER USA

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 24, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER MODIFYING PROOF OF CLAIM BY
SANTANDER CONSUMER USA

**CASE NUMBER**: 19-11167

**DATE OF HEARING**: 7/23/19

**JUDGE**: HON. MICHAEL B. KAPLAN
-----------------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Secured Proof of Claim of SANTANDER CONSUMER USA (Claim # 3-1) is hereby modified to eliminate any pre-petition arrears. Said arrears are modified to zero.