| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ABELSON & TRUESDALE, LLC**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | **Order Filed on July 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>SUSAN CALLARI | Case No.: 19-11167<br>Adv. No.:<br><br>Hearing Date: 7/23/19<br><br>Judge: Hon. MICHAEL B. KAPLAN |

## ORDER MODIFYING PROOF OF CLAIM BY SANTANDER CONSUMER USA

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 24, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER MODIFYING PROOF OF CLAIM BY
SANTANDER CONSUMER USA

**CASE NUMBER**: 19-11167

**DATE OF HEARING**: 7/23/19

**JUDGE**: HON. MICHAEL B. KAPLAN

-------------------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Secured Proof of Claim of SANTANDER CONSUMER USA (Claim # 3-1) is hereby modified to eliminate any pre-petition arrears. Said arrears are modified to zero.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11167-MBK
Susan Callari                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1            Date Rcvd: Jul 25, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db         +Susan Callari,   86 Heights Terrace,   Middletown, NJ 07748-3423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Steven J. Abelson    on behalf of Debtor Susan   Callari sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5