| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC Bank, National Association | **Order Filed on August 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Susan Callari,<br><br>Debtor. | Case No.: 19-11167 MBK<br>Adv. No.:<br>Hearing Date: 7/23/19 @ 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: August 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:     Susan Callari
Case No.:    19-11167 MBK
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor PNC Bank, National Association, holder of a mortgage on real property located at 86 Heights Terrace, Middletown, NJ, 07748, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steven J. Abelson, Esquire, attorney for Debtor, Susan Callari, and for good cause having been shown;

  It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 11) in full through the Chapter 13 plan; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim regarding the sheriff's deposit per the terms of the forthcoming consent order resolving Debtor's objection to the proof of claim; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.