UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SUSAN CALLARI

Case No.: 19-11167
Adv. No.:

Hearing Date: 7/23/19

Judge: Hon. MICHAEL B. KAPLAN

**ORDER RESOLVING DEBTOR'S MOTION TO MODIFY PROOF
OF CLAIM BY PNC BANK, N.A.**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER RESOLVING DEBTOR'S MOTION TO MODIFY PROOF OF CLAIM BY PNC BANK, N.A.

**CASE NUMBER**: 19-11167

**DATE OF HEARING**: 7/23/19

**JUDGE**: HON. MICHAEL B. KAPLAN

---

THIS MATTER being opened to the Court upon the application of the Debtor by her counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) PNC BANK, N.A. shall modify their filed Proof of Claim (Claim # 11) to reflect any refund received from the Monmouth County Sheriff's Office for costs associated with the foreclosure sale of the Debtor's real property. PNC BANK, N.A. shall cause for the filing of the modified Proof of Claim within 30 days of receiving the aforementioned refund.