UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:
SUSAN CALLARI

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-11167
Adv. No.:

Hearing Date: 7/23/19

Judge: Hon. MICHAEL B. KAPLAN

### ORDER RESOLVING DEBTOR'S MOTION TO MODIFY PROOF OF CLAIM BY PNC BANK, N.A.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER RESOLVING DEBTOR'S MOTION TO MODIFY PROOF OF CLAIM BY PNC BANK, N.A.

**CASE NUMBER**: 19-11167

**DATE OF HEARING**: 7/23/19

**JUDGE**: HON. MICHAEL B. KAPLAN

---

THIS MATTER being opened to the Court upon the application of the Debtor by her counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) PNC BANK, N.A. shall modify their filed Proof of Claim (Claim # 11) to reflect any refund received from the Monmouth County Sheriff's Office for costs associated with the foreclosure sale of the Debtor's real property. PNC BANK, N.A. shall cause for the filing of the modified Proof of Claim within 30 days of receiving the aforementioned refund.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11167-MBK
Susan Callari                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Aug 23, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db              +Susan Callari,    86 Heights Terrace,    Middletown, NJ 07748-3423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Susan   Callari sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5