497334
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:        SUSAN CALLARI

CHAPTER: 13
CASE NO:  19-11167 (MBK)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Santander Consumer USA Inc. enters its appearance and the law firm of Morton & Craig, LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Santander Consumer USA Inc., with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Santander Consumer USA Inc. pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Santander Consumer USA Inc. by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161

Santander Consumer USA Inc. pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

 /s/John R. Morton, Jr.
John R. Morton, Jr., Esquire

Attorney for Santander Consumer USA Inc.