| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-11167 / MBK**

Susan Callari
86 Heights Terrace
Middletown  NJ  07748

Petition Filed Date: 01/18/2019
341 Hearing Date: 02/14/2019
Confirmation Date: 07/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | $1,184.00 | ePay | 03/01/2019 | $1,184.00 | ePay | 04/03/2019 | $1,184.00 | ePay |
| 05/31/2019 | $1,184.00 | ePay | 06/05/2019 | ($1,184.00) | ePay | 07/16/2019 | $888.00 | TFS |
| 07/22/2019 | $888.00 | TFS | 07/30/2019 | $888.00 | TFS | 08/12/2019 | $50.00 | TFS |
| 09/09/2019 | $1,000.00 | TFS | 09/10/2019 | $50.00 | TFS | 10/25/2019 | $1.00 | TFS |
| 10/30/2019 | $1,500.00 | TFS | 11/12/2019 | $50.00 | TFS | 12/09/2019 | $50.00 | TFS |

**Total Receipts for Period: $8,917.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,017.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  | Susan Callari | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  SYNCHRONY/BANANA | Unsecured Creditors | $500.29 | $0.00 | $500.29 |
|  | STEVEN J ABELSON, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
|  | STEVEN J ABELSON, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,380.00 | $3,380.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,798.86 | $0.00 | $1,798.86 |
| 3 | SANTANDER CONSUMER USA INC<br>»»  2013 HONDA ODYSSEY/ORDER 7/24/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $561.87 | $0.00 | $561.87 |
| 5 | PNC Bank, N.A.<br>»»  P/86 HEIGHTS TER/2ND MTG | Unsecured Creditors | $27,037.97 | $0.00 | $27,037.97 |
| 6 | Wells Fargo Card Services | Unsecured Creditors | $845.76 | $0.00 | $845.76 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $1,118.11 | $0.00 | $1,118.11 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERIDIAN/RIVERVIEW MED | Unsecured Creditors | $636.57 | $0.00 | $636.57 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $919.55 | $0.00 | $919.55 |
| 10 | CAVALRY SPV I, LLC<br>»»  CITIBANK | Unsecured Creditors | $3,937.42 | $0.00 | $3,937.42 |
| 11 | Federal National Mortgage Association<br>»»  P/86 HEIGHTS TERRACE/1ST MTG/ORDER 8/6/2019 | Mortgage Arrears | $49,998.52 | $4,619.96 | $45,378.56 |

| 12 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $665.98 | $0.00 | $665.98 |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC<br>»» J CREW | Unsecured Creditors | $1,610.62 | $0.00 | $1,610.62 |
| 14 | QUANTUM3 GROUP LLC<br>»» TALBOTS | Unsecured Creditors | $1,336.50 | $0.00 | $1,336.50 |
| 15 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $345.06 | $0.00 | $345.06 |
| 16 | QUANTUM3 GROUP LLC<br>»» POTTERY BARN | Unsecured Creditors | $1,078.67 | $0.00 | $1,078.67 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/GAP | Unsecured Creditors | $2,329.28 | $0.00 | $2,329.28 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/OLD NAVY | Unsecured Creditors | $472.30 | $0.00 | $472.30 |
| 19 | LVNV FUNDING LLC<br>»» GULF STATE CREDIT/SPRINT | Unsecured Creditors | $199.80 | $0.00 | $199.80 |
| 20 | SANTANDER CONSUMER USA INC<br>»» 2013 HONDA ODYSSEY/ORDER 10/17/19 | Debt Secured by Vehicle | $431.00 | $431.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,017.00 | Plan Balance: | $51,254.00 ** |
| Paid to Claims: | $8,430.96 | Current Monthly Payment: | $1,184.00 |
| Paid to Trustee: | $493.24 | Arrearages: | $4,599.00 |
| Funds on Hand: | $92.80 | Total Plan Base: | $60,271.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- **View your case information online for *FREE*!** Register today at www.ndc.org.

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.