Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−11167−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 30, 2020.

Dated: December 30, 2020
JAN: kmm

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11167-MBK |
| Susan Callari | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Dec 30, 2020    Form ID: plncf13    Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Callari, 86 Heights Terrace, Middletown, NJ 07748-3423 |
| 517976841 | + | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 518018700 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976845 | + | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 517976855 | + | Santander Bank, P.O. Box 841002, Boston, MA 02284-1002 |
| 518020855 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518018019 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517976858 | + | US Dept of Education/GLELSI, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 518048039 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517976861 | + | Wells Fargo Card Services, P.O. Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2020 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517976842 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:36 | Banana Republic, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976843 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 21:46:17 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518017045 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 30 2020 21:46:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976844 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2020 21:20:00 | Cavalry, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2322 |
| 517983692 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2020 21:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518128733 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 30 2020 21:47:07 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976846 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:36 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 21:19:00 | J. Crew, Comenity Bank Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518144152 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2020 21:46:22 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517976848 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:36 | Lowe's, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 3 |
| Date Rcvd: Dec 30, 2020 | Form ID: plncf13 | | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 517976849 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2020 21:20:00 | Midland Funding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 518048532 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2020 21:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976850 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:36 | Old Navy, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518046939 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 21:19:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517976852 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 21:19:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518072644 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 21:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976853 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 21:19:00 | PNC Bank/HELOC, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 518143267 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 21:46:20 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518143272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 21:46:20 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517976851 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:57 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 21:19:00 | Pottery Barn, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518133624 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2020 21:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518049266 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2020 21:19:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517978017 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976856 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:36 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 21:19:00 | Talbots, 175 Beal St, Hingham, MA 02043-1512 |
| 517976859 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 21:19:00 | Victoria's Secret, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517976860 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:57 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 517976840 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 21:46:57 | amazon.com, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518064501 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 30, 2020 | Form ID: plncf13 | Total Noticed: 41

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Susan Callari sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7