| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 19-11167 / MBK**

Susan Callari

Petition Filed Date: 01/18/2019
341 Hearing Date: 02/14/2019
Confirmation Date: 07/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $50.00 | | 02/10/2020 | $50.00 | | 02/19/2020 | $3,465.00 | |
| 03/09/2020 | $50.00 | | 04/13/2020 | $50.00 | | 05/12/2020 | $50.00 | |
| 06/15/2020 | $50.00 | | 07/13/2020 | $50.00 | | 08/10/2020 | $50.00 | |
| 09/15/2020 | $50.00 | | 10/13/2020 | $50.00 | | 10/27/2020 | $1,188.00 | |
| 11/16/2020 | $50.00 | | 12/08/2020 | $678.00 | | 12/14/2020 | $50.00 | |
| 01/11/2021 | $50.00 | | 02/16/2021 | $390.00 | | | | |

**Total Receipts for the Period: $6,371.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,288.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Susan Callari | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  SYNCHRONY/BANANA | Unsecured Creditors | $500.29 | $0.00 | $500.29 |
| 0 | STEVEN J ABELSON, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J ABELSON, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,380.00 | $3,380.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,798.86 | $0.00 | $1,798.86 |
| 3 | SANTANDER CONSUMER USA INC<br>»»  2013 HONDA ODYSSEY/ORDER 7/24/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $561.87 | $0.00 | $561.87 |
| 5 | PNC Bank, N.A.<br>»»  P/86 HEIGHTS TER/2ND MTG | Unsecured Creditors | $27,037.97 | $0.00 | $27,037.97 |
| 6 | Wells Fargo Card Services | Unsecured Creditors | $845.76 | $0.00 | $845.76 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $1,118.11 | $0.00 | $1,118.11 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERIDIAN/RIVERVIEW MED | Unsecured Creditors | $636.57 | $0.00 | $636.57 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $919.55 | $0.00 | $919.55 |
| 10 | CAVALRY SPV I, LLC<br>»»  CITIBANK | Unsecured Creditors | $3,937.42 | $0.00 | $3,937.42 |
| 11 | Federal National Mortgage Association<br>»»  P/86 HEIGHTS TERRACE/1ST MTG/ORDER 8/23/2019 | Mortgage Arrears | $49,998.52 | $9,606.70 | $40,391.82 |

**Chapter 13 Case No. 19-11167 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $665.98 | $0.00 | $665.98 |
| 13 | QUANTUM3 GROUP LLC<br>»»  J CREW | Unsecured Creditors | $1,610.62 | $0.00 | $1,610.62 |
| 14 | QUANTUM3 GROUP LLC<br>»»  TALBOTS | Unsecured Creditors | $1,336.50 | $0.00 | $1,336.50 |
| 15 | QUANTUM3 GROUP LLC<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $345.06 | $0.00 | $345.06 |
| 16 | QUANTUM3 GROUP LLC<br>»»  POTTERY BARN | Unsecured Creditors | $1,078.67 | $0.00 | $1,078.67 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/GAP | Unsecured Creditors | $2,329.28 | $0.00 | $2,329.28 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/OLD NAVY | Unsecured Creditors | $472.30 | $0.00 | $472.30 |
| 19 | LVNV FUNDING LLC<br>»»  GULF STATE CREDIT/SPRINT | Unsecured Creditors | $199.80 | $0.00 | $199.80 |
| 20 | SANTANDER CONSUMER USA INC<br>»»  2013 HONDA ODYSSEY/ATTY FEES 10/17/19 ORD | Debt Secured by Vehicle | $431.00 | $431.00 | $0.00 |
| 21 | Federal National Mortgage Association<br>»»  P/86 HEIGHTS TERR/1ST MTG/ATTY FEES 6/8/20 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 22 | Federal National Mortgage Association<br>»»  86 HEIGHTS TERRACE/ATTY FEES 2/17/21 | Mortgage Arrears | $350.00 | $0.00 | $350.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,288.00 | Plan Balance: | $44,845.00 ** |
| Paid to Claims: | $13,948.70 | Current Monthly Payment: | $736.00 |
| Paid to Trustee: | $926.14 | Arrearages: | $1,032.00 |
| Funds on Hand: | $413.16 | Total Plan Base: | $60,133.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**