Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11167−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/14/21 at 09:00 AM

to consider and act upon the following:

*66* − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 2013 Honda Odyssey. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Judith Callari) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc.. Objection deadline is 06/17/2021. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 6/16/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court