**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49734
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SUSAN CALLARI

Case No.: 19-11167

Adv. No.:

Hearing Date: 7-14-21

Judge:  MBK

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Susan Callari
19-11167(MBK)
**Order Providing for Additional Counsel Fee**
Page 2

This matter having been brought on before this Court on creditor's certification of default for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Steven Abelson, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, her attorney and the non-filing co-debtor, Judith Callari under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. is the holder of a first purchase money security interest encumbering a 2013 Honda Odyssey bearing vehicle identification number 5FNRL5H69DB060287 (hereinafter the "vehicle").

2. The debtors shall pay to Santander Consumer USA Inc. through the plan, an additional counsel fee of $100 which shall be paid by the trustee as an administrative priority expense.