# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u> | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>PNC Bank, National Association | CASE NO. 19-11167 MBK<br>CHAPTER 13<br>Judge: Michael B. Kaplan |
| In re:<br><br>Susan Callari | |

### CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 09/18/2012

I, <u>Barbara Essman</u>, employed as <u>Authorized Signer</u> by PNC BANK, NATIONAL ASSOCIATION, for PNC Bank, National Association, hereby certifies the following information:
Mortgage Recorded on September 24, 2012 in <u>Monmouth</u> County, in Book 8972 at Page 1797.
Property Address: <u>86 Hts Terr, Middletown NJ 07748.</u>

Mortgage Holder: <u>PNC Bank, National Association</u>

Mortgagor(s)/ Debtor(s): <u>Susan Callari</u>

POST-PETITION PAYMENTS (Petition filed on January 18, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 02/17/2021 | | | - |
| $2,729.15 | 02/01/2021 | 02/2021 | $2,729.15 | 02/23/2021 | - |
| $2,729.15 | 03/01/2021 | 03/2021 | $2,729.15 | 03/16/2021 | - |
| | | To Suspense | $147.20 | 04/13/2021 | $147.20 |
| | | To Suspense | $2,907.87 | 04/30/2021 | $3,055.07 |
| $2,729.15 | 04/01/2021 | 04/2021 | From Suspense | 05/03/2021 | $325.92 |
| $2,729.15 | 05/01/2021 | 05/2021 | $2,729.15 | 05/27/2021 | $325.92 |
| $2,729.15 | 06/01/2021 | 06/2021 | $2,729.15 | 06/30/2021 | $325.92 |
| | | To Suspense | $2,907.87 | 07/30/2021 | $3,233.79 |
| $2,729.15 | 07/01/2021 | 07/2021 | From Suspense | 08/02/2021 | $504.64 |
| $2,729.15 | 08/01/2021 | 08/2021 | $2,729.15 | 08/30/2021 | $504.64 |
| $2,729.15 | 09/01/2021 | 09/2021 | $2,729.15 | 09/30/2021 | $504.64 |
| $2,729.15 | 10/01/2021 | 10/2021 | $2,729.15 | 10/29/2021 | $504.64 |
| $2,729.15 | 11/01/2021 | 11/2021 | $2,729.15 | 11/30/2021 | $504.64 |
| $2,729.15 | 12/01/2021 | 12/2021 | $2,729.15 | 01/10/2022 | $504.64 |
| | | To Suspense | $2,700.00 | 02/01/2022 | $3,204.64 |
| $2,729.15 | 01/01/2022 | 01/2022 | From Suspense | 02/03/2022 | $475.49 |
| | | | | | |

| | | | To Suspense | $2,700.00 | 03/02/2022 | $3,175.49 |
|---|---|---|---|---|---|---|
| $2,677.78 | 02/01/2022 | 02/2022 | From Suspense | | 03/07/2022 | $497.71 |
| | | | To Suspense | $2,700.00 | 03/31/2022 | $3,197.71 |
| $2,677.78 | 03/01/2022 | 03/2022 | From Suspense | | 04/01/2022 | $519.93 |
| | | | To Suspense | $2,700.00 | 05/03/2022 | $3,219.93 |
| $2,677.78 | 04/01/2022 | 04/2022 | From Suspense | | 05/04/2022 | $542.15 |
| | | | To Suspense | $2,700.00 | 06/02/2022 | $3,242.15 |
| $2,677.78 | 05/01/2022 | 05/2022 | From Suspense | | 06/03/2022 | $564.37 |
| | | | To Suspense | $2,700.00 | 07/13/2022 | $3,264.37 |
| $2,677.78 | 06/01/2022 | 06/2022 | From Suspense | | 07/14/2022 | $586.59 |
| $2,677.78 | 07/01/2022 | 07/2022 | $2,677.78 | | 08/02/2022 | $586.59 |
| | | | To Suspense | $2,700.00 | 09/06/2022 | $3,286.59 |
| $2,677.78 | 08/01/2022 | 08/2022 | From Suspense | | 09/07/2022 | $608.81 |
| | | | To Suspense | $2,700.00 | 10/28/2022 | $3,308.81 |
| $2,677.78 | 09/01/2022 | 09/2022 | From Suspense | | 10/31/2022 | $631.03 |
| $2,677.78 | 10/01/2022 | | $0.00 | | | $631.03 |
| $2,677.78 | 11/01/2022 | | $0.00 | | | $631.03 |
| $2,677.78 | 12/01/2022 | | $0.00 | | | $631.03 |
| **Total Due: $62,205.38** | | **Total Received: $54,803.07** | | | **Arrears: $7,402.31** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $2,677.78

Each current monthly payment is comprised of:
    Principal and Interest:  $1,571.43_____
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $1,106.35_____ (Specify: Escrow)
    TOTAL  $2,677.78_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 01/08/2020 effective 02/01/2020, filed 12/28/2020 effective 02/01/2021, filed 12/22/2021 effective 02/01/2022

PRE-PETITION ARREARS: $49,998.52

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1/10/2023

                                              Signature    Barbara Essman
                                                         Authorized Signer