Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11167−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Susan Callari
    86 Heights Terrace
    Middletown, NJ 07748

Social Security No.:
    xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/22/23 at 09:00 AM

to consider and act upon the following:

*73* − Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: 86 Heights Terrace, Middletown NJ 07748. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, Motion for Relief from Co−Debtor Stay of Michael Diamond, 41 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 56 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 61 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 02/2/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/1/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court