Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−11167−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 30, 2020.

   On 04/05/2023 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              May 10, 2023
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 6, 2023
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Susan Callari  
    Debtor

Case No. 19-11167-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 06, 2023      Form ID: 185      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Callari, 86 Heights Terrace, Middletown, NJ 07748-3423 |
| 517976858 | + | US Dept of Education/GLELSI, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 517976861 | + | Wells Fargo Card Services, P.O. Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517976841 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2023 20:52:23 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 518018700 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2023 20:41:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976842 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:37 | Banana Republic, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2023 20:41:37 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518017045 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 20:52:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976844 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2023 20:39:00 | Cavalry, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517983692 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2023 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517976845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2023 20:41:32 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 518128733 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 20:52:22 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976846 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:37 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 20:39:00 | J. Crew, Comenity Bank Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518144152 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 20:52:11 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517976848 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:42 | Lowe's, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |

Case 19-11167-MBK    Doc 83    Filed 04/08/23    Entered 04/09/23 00:15:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: 185 | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517976849 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Funding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 518048532 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976850 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:30 | Old Navy, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518046939 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2023 20:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517976852 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2023 20:38:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518072644 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2023 20:38:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976853 | + | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2023 20:38:00 | PNC Bank/HELOC, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 518143267 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2023 20:52:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518143272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2023 20:52:18 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517976851 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:42 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 20:39:00 | Pottery Barn, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518133624 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2023 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518049266 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2023 20:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517976855 | + | Email/Text: DeftBkr@santander.us | Apr 06 2023 20:39:00 | Santander Bank, P.O. Box 841002, Boston, MA 02284-1002 |
| 518020855 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2023 20:39:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518018019 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2023 20:39:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517978017 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976856 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:42 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 20:39:00 | Talbots, 175 Beal St, Hingham, MA 02043-1512 |
| 517976859 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 20:39:00 | Victoria's Secret, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517976860 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:37 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518048039 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 06 2023 20:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517976840 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:43 | amazon.com, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518064501 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Susan Callari sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7