# Abelson
## LAW OFFICES

Steven J. Abelson, Esq.

80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728

Phone: (877) 552-5529
(732) 462-4773
Fax: (732) 462-6673

www.atrbklaw.com
Email: sjaesq@atrbklaw.com

May 31, 2023

Clerk, US Bankruptcy Court
402 E. State Street
Trenton, NJ  08602

RE:  In re Susan Callari
Case # 23-11167 (MBK)

Dear Sir/Madam:

Kindly withdraw the Support Document (Docket # 89 filed on 5/23/23) as it is invalid.

Very truly yours,

/s/ Steven J. Abelson

Steven J. Abelson, Esq.

SJA/aoc



East Rutherford | Woodbridge | Freehold | Forked River | Mt. Laurel
www.atrbklaw.com