UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                        Case No.:     19-11167

SUSAN CALLARI                     Chapter:     13

                                                                       Judge:     MBK

### NOTICE OF PROPOSED PRIVATE SALE

Susan Callari, Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk, US Bank Bankruptcy Court
                              402 E. State Street
                              Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on 8/9/23 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 E. State Street, Trenton, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:    86 Heights Terrace, Middletown, NJ  07748

Proposed Purchaser:    Camille Tirone

Sale price:   $ 780,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Michael Gutman, Esq. | / | ReMax Central Realty |
|---|---|---|---|
| Amount to be paid: | $ 1,500 | / | $ 23,400 |
| Services rendered: | Sale of Real Estate<br>------------ | / | Listing & Marketing of Real Estate |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Steven J. Abelson, Esq.

Address: PO Box 7005, 80 West Main St., Freehold, NJ  07728

Telephone No.: (732) 462-4773

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                              Case No. 19-11167-MBK
Susan Callari                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jul 10, 2023 | Form ID: pdf905 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Callari, 86 Heights Terrace, Middletown, NJ 07748-3423 |
| 517976858 | + | US Dept of Education/GLELSI, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 517976861 | + | Wells Fargo Card Services, P.O. Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517976841 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2023 21:18:00 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 518018700 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2023 21:07:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976842 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:13 | Banana Republic, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 21:07:19 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518017045 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976844 | + | Email/Text: bankruptcy@cavps.com | Jul 10 2023 21:05:00 | Cavalry, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517983692 | + | Email/Text: bankruptcy@cavps.com | Jul 10 2023 21:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517976845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:07:26 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 518128733 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:16 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976846 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:27 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2023 21:05:00 | J. Crew, Comenity Bank Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518144152 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2023 21:07:13 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517976848 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:13 | Lowe's, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |

Case 19-11167-MBK    Doc 94    Filed 07/12/23    Entered 07/13/23 00:15:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: pdf905 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517976849 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2023 21:05:00 | Midland Funding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 518048532 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2023 21:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976850 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:36 | Old Navy, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518046939 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2023 21:04:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517976852 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2023 21:04:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518072644 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2023 21:04:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976853 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2023 21:04:00 | PNC Bank/HELOC, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 518143267 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2023 22:10:07 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518143272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2023 21:07:35 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517976851 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:24 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2023 21:05:00 | Pottery Barn, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518133624 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2023 21:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518049266 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2023 21:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517976855 | + | Email/Text: DeftBkr@santander.us | Jul 10 2023 21:05:00 | Santander Bank, P.O. Box 841002, Boston, MA 02284-1002 |
| 518020855 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2023 21:05:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518018019 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2023 21:05:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517978017 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976856 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:35 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2023 21:05:00 | Talbots, 175 Beal St, Hingham, MA 02043-1512 |
| 517976859 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2023 21:05:00 | Victoria's Secret, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517976860 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:38 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518048039 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:07:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517976840 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:13 | amazon.com, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518064501 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2023            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Susan Callari sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7