Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  19–11167–MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx–xx–4687

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

86 Heights Terrace, Middletown, NJ 07748


Dated: August 3, 2023
JAN: mjb

                              Jeanne Naughton
                              Clerk