| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ABELSON LAW OFFICES**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | **Order Filed on August 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>SUSAN CALLARI | Case No.: 19-11167<br>Adv. No.:<br><br>Hearing Date: 7/12/23<br><br>Judge: Hon. MICHAEL B. KAPLAN |

## ORDER PARTIALLY REINSTATING STAY
## RE: PNC BANK, N.A.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 6, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER PARTIALLY REINSTATING STAY
RE: PNC BANK, N.A.

**CASE NUMBER**: 19-11167

**DATE OF HEARING**: 7/12/23

**JUDGE**: HON. MICHAEL B. KAPLAN

---

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Creditor PNC Bank, NA through its counsel KML Law Group PC (Denise Carlon, Esq. appearing) having opposed said application and having agreed to the below mentioned relief, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The automatic stay per 11 U.S.C. § 362(a) is reinstated to preclude any foreclosure sale of the Debtor's property at 86 Heights Terrace, Middletown, New Jersey.

2) Creditor may continue to pursue the ongoing foreclosure including up to scheduling of Sheriff's Sale but may not proceed to said Sheriff's sale without further order of this Court.

3) This order will terminate on September 30, 2023 and the automatic stay will be deemed vacated at said time in all respects although Debtor reserves the right to seek extension of this Order dependent upon the facts and circumstances pertaining to the sale of the Debtor's property, motion for same presently scheduled on 8/9/23.