<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
──────────────
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON LAW OFFICES**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

</td></tr>
</table>

**Order Filed on August 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
SUSAN CALLARI

Case No.: 19-11167
Adv. No.:

Hearing Date: 7/12/23

Judge: Hon. MICHAEL B. KAPLAN

## ORDER PARTIALLY REINSTATING STAY
## RE: PNC BANK, N.A.

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: August 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER PARTIALLY REINSTATING STAY
RE: PNC BANK, N.A.

**CASE NUMBER**: 19-11167

**DATE OF HEARING**: 7/12/23

**JUDGE**: HON.  MICHAEL B. KAPLAN
----------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court upon the application of the debtor by his

counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its

counsel, and the Creditor PNC Bank, NA through its counsel KML Law Group PC (Denise

Carlon, Esq. appearing) having opposed said application and having agreed to the below

mentioned relief, and the Court having reviewed the application of the Debtor and any objections

thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The automatic stay per 11 U.S.C.  § 362(a) is reinstated to preclude any foreclosure sale

of the Debtor's property at 86 Heights Terrace, Middletown, New Jersey.

2) Creditor may continue to pursue the ongoing foreclosure including up to scheduling of

Sheriff's Sale but may not proceed to said Sheriff's sale without further order of this Court.

3) This order will terminate on September 30, 2023 and the automatic stay will be deemed

vacated at said time in all respects although Debtor reserves the right to seek extension of this

Order dependent upon the facts and circumstances pertaining to the sale of the Debtor's property,

motion for same presently scheduled on 8/9/23.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 19-11167-MBK

Susan Callari                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                              Page 1 of 2

Date Rcvd: Aug 07, 2023                         Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

**Recip ID                    Recipient Name and Address**
db                        +  Susan Callari, 86 Heights Terrace, Middletown, NJ 07748-3423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Susan Callari sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Aug 07, 2023                                Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7