Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11167−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 10, 2023.


Dated: August 10, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Susan Callari  
    Debtor

Case No. 19-11167-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 10, 2023      Form ID: plncf13      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Callari, 86 Heights Terrace, Middletown, NJ 07748-3423 |
| sp | + | MICHAEL GUTMAN, 31 WEST MAIN STREET, FREEHOLD, NJ 07728-2463 |
| r | + | RE/MAX CENTRAL REALTY, 520 Highway 9 North, Manalapan, NJ 07726-8264 |
| 517976858 | + | US Dept of Education/GLELSI, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 517976861 | + | Wells Fargo Card Services, P.O. Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517976841 | + | Email/PDF: bncnotices@becket-lee.com | Aug 10 2023 20:48:18 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 518018700 | | Email/PDF: bncnotices@becket-lee.com | Aug 10 2023 20:49:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976842 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:36:58 | Banana Republic, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2023 20:48:50 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518017045 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 20:48:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976844 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2023 20:40:00 | Cavalry, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517983692 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2023 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517976845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 20:49:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 518128733 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 20:48:37 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976846 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:48:44 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2023 20:39:00 | J. Crew, Comenity Bank Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518144152 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 20:36:42 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-11167-MBK    Doc 107    Filed 08/12/23    Entered 08/13/23 00:16:42    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: plncf13 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| 517976848 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:48:58 | Lowe's, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976849 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2023 20:39:00 | Midland Funding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 518048532 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2023 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976850 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 21:01:49 | Old Navy, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518046939 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2023 20:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517976852 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2023 20:38:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518072644 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2023 20:38:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976853 | + Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2023 20:38:00 | PNC Bank/HELOC, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 518143267 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2023 20:48:32 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518143272 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2023 20:49:26 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517976851 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:49:26 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976854 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2023 20:39:00 | Pottery Barn, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518133624 | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2023 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518049266 | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2023 20:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517976855 | + Email/Text: DeftBkr@santander.us | Aug 10 2023 20:39:00 | Santander Bank, P.O. Box 841002, Boston, MA 02284-1002 |
| 518020855 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 20:39:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518018019 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 20:39:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517978017 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:37:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976856 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:48:46 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976857 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2023 20:39:00 | Talbots, 175 Beal St, Hingham, MA 02043-1512 |
| 517976859 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2023 20:39:00 | Victoria's Secret, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517976860 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:37:20 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518048039 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 10 2023 20:37:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517976840 | + Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 20:37:22 | amazon.com, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |

TOTAL: 38

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: plncf13 | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518064501 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2023                Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Susan Callari sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7