Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11167−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Callari
   86 Heights Terrace
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−4687

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 11, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 103 − 95
Order Granting Application For Retention of Professional Michael Gutman, Esq. as Special Counsel (Related Doc # 95). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/9/2023. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 11, 2023
JAN: dmi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-11167-MBK
Susan Callari                                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 2
Date Rcvd: Aug 11, 2023              Form ID: orderntc                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

**Recip ID              Recipient Name and Address**
sp                  +  MICHAEL GUTMAN, 31 WEST MAIN STREET, FREEHOLD, NJ 07728-2463

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023                             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

**Name**                      **Email Address**

Albert Russo
                                 on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                 docs@russotrustee.com

Denise E. Carlon
                                 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
                                 on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
                                 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Steven J. Abelson
                                 on behalf of Debtor Susan Callari sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: orderntc | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7