**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Susan Callari | Social Security number or ITIN   xxx–xx–4687 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11167–MBK | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Susan Callari

2/29/24

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11167-MBK |
| Susan Callari | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 29, 2024 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Callari, 1804 Knollwood Drive, Middletown, NJ 07748-2861 |
| sp | + | MICHAEL GUTMAN, 31 WEST MAIN STREET, FREEHOLD, NJ 07728-2463 |
| r | + | RE/MAX CENTRAL REALTY, 520 Highway 9 North, Manalapan, NJ 07726-8264 |
| 517978017 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976858 | + | US Dept of Education/GLELSI, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 29 2024 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 29 2024 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517976841 | + | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 21:31:27 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 518018700 | | Email/PDF: bncnotices@becket-lee.com | Feb 29 2024 21:19:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976842 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Banana Republic, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976843 | + | EDI: CAPITALONE.COM | Mar 01 2024 01:57:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518017045 | + | EDI: AIS.COM | Mar 01 2024 01:57:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976844 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 21:22:00 | Cavalry, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517983692 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 21:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517976845 | + | EDI: CITICORP | Mar 01 2024 01:57:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 518128733 | + | EDI: AIS.COM | Mar 01 2024 01:57:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976846 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 517976847 | + | EDI: WFNNB.COM | Mar 01 2024 01:57:00 | J. Crew, Comenity Bank Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518144152 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:31:18 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-3

Date Rcvd: Feb 29, 2024

User: admin

Form ID: 3180W

Page 2 of 3

Total Noticed: 43

| | | | | |
|---|---|---|---|---|
| 517976848 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Lowe's, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976849 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 21:22:00 | Midland Funding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 518048532 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 21:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976850 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Old Navy, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518046939 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 21:20:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517976852 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 21:20:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518072644 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 21:20:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976853 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 21:20:00 | PNC Bank/HELOC, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 518143267 | | EDI: PRA.COM | Mar 01 2024 01:57:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518143272 | | EDI: PRA.COM | Mar 01 2024 01:57:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517976851 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976854 | + | EDI: WFNNB.COM | Mar 01 2024 01:57:00 | Pottery Barn, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518133624 | | EDI: Q3G.COM | Mar 01 2024 01:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518049266 | | EDI: Q3G.COM | Mar 01 2024 01:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517976855 | + | Email/Text: DeftBkr@santander.us | Feb 29 2024 21:22:00 | Santander Bank, P.O. Box 841002, Boston, MA 02284-1002 |
| 518020855 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 29 2024 21:22:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518018019 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 29 2024 21:22:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517976856 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517976857 | + | EDI: WFNNB.COM | Mar 01 2024 01:57:00 | Talbots, 175 Beal St, Hingham, MA 02043-1512 |
| 517976859 | + | EDI: WFNNB.COM | Mar 01 2024 01:57:00 | Victoria's Secret, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517976860 | + | EDI: SYNC | Mar 01 2024 01:57:00 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518048039 | | EDI: WFFC2 | Mar 01 2024 01:57:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517976861 | + | EDI: WFFC | Mar 01 2024 01:57:00 | Wells Fargo Card Services, P.O. Box 9210, Des Moines, IA 50306-9210 |
| 517976840 | + | EDI: SYNC | Mar 01 2024 01:57:00 | amazon.com, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |

TOTAL: 38

District/off: 0312-3                          User: admin                          Page 3 of 3
Date Rcvd: Feb 29, 2024                       Form ID: 3180W                        Total Noticed: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518064501 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024                  Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Susan Callari sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7